# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SACV 10-01056 JVS (ANx) | Date   September 29, 2010 |
| Title | Aurora Isidora Diaz-Perez v. California Empire Financial Group, et al. | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)       ORDER TO SHOW CAUSE RE DISMISSAL
FOR LACK OF PROSECUTION

  The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than October 15, 2010, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

 **X** **Proof of service of summons and complaint as to defendants.**

  Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

  It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

  The Court hereby vacates the Scheduling Conference currently set for October 4, 2010.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |